ORIGINAL          cc: JMS(KJM)π

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 2 7 2019

at 12 o'clock and 00 min. 0 M
SUE BEITIA, CLERK
ωJ

HID EEO 1 (Rev 06/08) Employment Discrimination Complaint

JAMES HOPKINS

NAME   15-2682 LAI St.

MAILING ADDRESS
PAHOA, HI.

CITY, STATE, ZIP CODE
808-557-8190

TELEPHONE NUMBER
James hopkins1969@gmail.com

FACSIMILE AND EMAIL (if applicable)

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

JAMES HOPKINS )
)
)
)       CIVIL NO. CV19  00054 JMS KJM
)
)       EMPLOYMENT DISCRIMINATION
)       COMPLAINT
Plaintiff, )
)
)
vs. )
RESEARCH CORPORATION )
OF THE UNIVERSITY )
OF HAWAII )
)
Defendant(s), )
)

1.   Plaintiff resides at:

Address:   15-2682 LAI St.

City, State & Zip Code   PAHOA, HI. 96778

Phone number:   808-557-8190

2.   Defendant is located at:   RCUH HUMAN RESOURCES DEPARTMENT

Address:   1601 EAST-WEST Rd. BURNS HALL 4th FLOOR MAKAI WIN

City, State & Zip Code   HONOLULU, HI, 96848

RECEIVED
CLERK U.S. DISTRICT COURT

JAN 2 7 2019
12:00AM
DISTRICT OF HAWAII
ωJ

EEO 1 - Page1

FSC
Mailed On
Date  1/28/19
ωJ

3.    This action is brought pursuant to Title VII of the Civil Rights Act of 1964 for employment discrimination.  Jurisdiction is conferred on this Court by 42 U.S.C. § 2000e-5. Equitable and other relief is sought under 42 U.S.C. § 2000e-5(g).

4.    This acts complained of in this suit concern:

A.  ☐   Failure to employ me.

B.  ☒   Termination of my employment

C.  ☒   Failure to promote me.

D.  ☒   Other acts as specified below:

UNLAWFUL EMPLOYMENT PRACTICES
REFUSED/DENIED SPECIFIC WORK/CONDUCT
REQUIREMENTS NEEDED TO IMPROVE/
THAT IS SATISFACTORY FOR PERFORMANCE
PROBATION AND LAST CHANCE WARNING
TO BE RECINED UPON COMPLETION
BY RCUH DIRECTOR NELSON SAKAMOTO
(+ NAO)/ RCUH HR MANAGER TETSUO
NISHIMURA. CAUSED BY
MANIPULATION OF ADVERSE CORECTIVE
ACTIONS, GENETIC INFORMATION
DISCRIMINATION WRONGFULLY
APPLIED, AND PROHIBITED BY
EMPLOYERS, CHANGING POLICY/GUIDELINES
SPECIFICALY FOR ME. UNFAIR WORK
JOB PERFORMANCE EVALUATIONS
HOSTILE/UNSAFE WORK ENVIRONMENT

EEO 1 - Page2

SUSPENSIONS WITHOUT PAY
TERMINATION FROM EMPLOYMENT
NOT ALLOWED ON SUBARU TELESCOPES

5.  Defendant's conduct is discriminatory with respect to the following:

A.  ☒   My race or color.

B.  ☐   My religion.

C.  ☐   My sex.

D.  ☒   My national origin.

E.  ☒   Other acts as specified below:

_CAUCASION   LAST   NAME_

6.  The basic facts surrounding my claim of discrimination are:

_TERMINATION OF MY
EMPLOYMENT DUE TO GENETIC
INFORMATION, DISCRIMINATION
UNLAWFUL EMPLOYMENT PRACTICES
BASED ON DISPARATE IMPACT
BASED ON MY NATION OF ORGN
AND MIXED RACE ETHNICITY
( JAPANESE / CAUCASIN )_

EEO 1 - Page3

7.   The alleged discrimination occurred on or about ___JULY 27, 2017___.
                                                          (Date)

9.   I filed charges with the Federal Equal Employment Opportunity Commission (or the
     State of Hawaii Department of Labor and Industrial Relations, Enforcement Division)
     regarding defendant's alleged discriminatory conduct on or about ___MAY 24, 2018___
                                                                          (Date)

10.  WHEREFORE, Plaintiff prays that the Court grant such relief as may be appropriate,
     including injunctive orders, damages, costs, and attorney fees.

          Dated: ___1/24/19___

          _____
                Signature of Plaintiff

          ___JAMES  HOPKINS___
          Plaintiff's Name – printed, or typed.
          *(Notarization is not required)*