IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JAMES HOPKINS,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>RESEARCH CORPORATION OF THE UNIVERSITY OF HAWAII,<br><br>　　　　　Defendants. | CIV. NO. 19-00054 JMS-KJM |

### ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION TO DISMISS COMPLAINT

Findings and Recommendation having been filed and served on all parties on July 23, 2021, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28 United States Code § 636(b)(1)(C) and Local Rule 74.1, the "Findings and Recommendation to Dismiss Complaint" are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, August 11, 2021.



　　　/s/ J. Michael Seabright
　　　J. Michael Seabright
　　　Chief United States District Judge